UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JANE SU118                    ,

Plaintiff(s),

v.

Uber Technologies, Inc., et al     ,

Defendant(s).

Case No. 3:26-cv-03596

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE** : ORDER (CIVIL LOCAL RULE 11-3)

I, Elana B. Goodman          , an active member in good standing of the bar of Florida                              , hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: JANE SU118                in the above-entitled action. My local co-counsel in this case is waived for MDL 03084        , an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.  Local co-counsel's bar number is: N/A              .

Schlesinger Law Offices
1212 SE 3rd Avenue, Ft. Lauderdale, FL 33316

MY ADDRESS OF RECORD

(954) 467-8800

MY TELEPHONE # OF RECORD

egoodman@schlesingerlaw.com

MY EMAIL ADDRESS OF RECORD

Waived for MDL 03084

LOCAL CO-COUNSEL'S ADDRESS OF RECORD

LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 145076        .

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 1        times in the 12 months preceding this application.

United States District Court
Northern District of California

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.  I declare under penalty of perjury that the foregoing is true and correct.

Dated: _____

_____Elana B. Goodman_____
APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of _Elana B. Goodman_____ is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: _May12,2026_____

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

United States District Court
Northern District of California

Updated 11/2021

2